IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

VITINA GANTER                                                                    PLAINTIFF

v.                                      Case No. 1:14-cv-1064

SUN LIFE ASSURANCE COMPANY OF
CANADA and CHS/COMMUNITY
HEALTH SYSTEMS, INC., LONG TERM
DISABILITY INSURANCE PLAN                                              DEFENDANTS

## JUDGMENT

Before the Court is Plaintiff Vitina Ganter's Motion for Judgment on the Record (ECF No. 24) against Defendants Sun Life Assurance Company of Canada and CHS/Community Health Systems, Inc. Long Term Disability Insurance Plan. This action was filed pursuant to the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 *et seq.*, alleging that Plaintiff's long term disability benefits were wrongfully denied. Defendants filed objections and their own Motion for Judgment on the Record. (ECF No. 27). Plaintiff filed a response to Defendants' Motion. (ECF No. 29).

After reviewing the Administrative Record and the parties' Motions and Briefs, for reasons discussed in the Memorandum Opinion of even date, the Court finds that Sun Life Assurance Company of Canada did not abuse its discretion in denying Plaintiff's appeal. Accordingly, Plaintiff's Motion for Judgment on the Record should be and hereby is **DENIED**. Defendants' Motion for Judgment on the Record should be and hereby is **GRANTED**. Plaintiff's Complaint against Defendants should be and hereby is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED, this 31st day of March, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge